IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIKE McCURDY 40892, TRAVIS HYNES 48489, JOHN HOPPERSTAD 555385, JEFF A. McKINNEY 62350, and GRAYSON BORJAS 55903,<br><br>        Plaintiffs,<br><br>vs.<br><br>DEBORAH HOLMBERG, PAM SONNEN, LT. GREENLAND, SGT. PFENNINGER, SGT. WILLIAMS, TOM GILLESPIE, RON TATOM, BOB BARNETT, BURNEY WELLS, JEFF LANE, C/O BENNETT, C/O STONE, C/0 GRIFFES, C/O NELSON C/O SHULER, C/O McMONIGAL, and JOHN DOES #1 -#10, in their individual and official capacities, and their successors in office,<br><br>        Defendants. | Case No. 03-406-S-EJL<br><br>**JUDGMENT** |

On March 12, 2007, the Court entered an Order dismissing this action without prejudice, with the exception of the Eighth Amendment exercise claim, which was dismissed with prejudice. Based upon that Order, and the Court being fully advised in the premises,

**JUDGMENT -1**

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED without prejudice, with the exception of the Eighth Amendment exercise claim, which is DISMISSED with prejudice.

DATED: **March 12, 2007**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT -2**